Craig V. Winslow (Bar #73196)
LAW OFFICES OF CRAIG V. WINSLOW
630 North San Mateo Drive
San Mateo, CA 94401
Telephone: (650) 347-5445
Facsimile: (650) 347-4411

Attorney for Debtor

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re:                                ) CASE NO.: 07-3-0252 SFC
                                      )
MARLENE A. PENROD,                    ) CHAPTER 13
                                      )
    Debtors.                      ) **APPLICATION TO MODIFY CHAPTER 13 PLAN**
                                      )
_____)

The Debtor(s) respectfully requests the Court to modify Debtor(s) Chapter 13 Plan as follows:

__XX__ 1. The monthly Plan payments of $500.00 shall be:

    __XX__ Suspended for January 2011 and prior.
    __XX__ Increased to $620.00.
    ____ Decreased to $_____;
    __XX__ Other: increased plan payments to commence February 2011 and shall continue until plan completion.

____ 2. The secured claims shall be modified as follows:

  __ The secured claims of the following creditors shall be added as follows:

| **CREDITOR'S NAME** | **COLLATERAL VALUE** | **PMT/MONTH (if fixed)** | **INT RATE (if applicable)** |
|---|---|---|---|
| | | | |

  __ The treatment of certain secured creditor(s) shall be modified as follows:

| **CREDITOR'S NAME** | **COLLATERAL VALUE** | **PMT/MONTH (if fixed)** | **INT RATE (if applicable)** | **STATUS** |
|---|---|---|---|---|
| | | | | |

____ 3. Change the percentage paid to **UNSECURED** creditor(s) from _____% to _____% on the confirmed Base Plan.

__ 4. Base Plan Changes:

      __ Plan Base amount increased/decreased $_____

      __ Plan term decreased to ___ months.

__ 5. Other modifications:

XX 6. Reason(s) for the requested modification(s):

    Debtor was unable to make payments in accordance with the confirmed Chapter 13 Plan. The Chapter 13 Plan is amended to require increased payments so that the Chapter 13 Plan will be completed within 60 months.

XX 7. The Chapter 13 Plan, as modified, would be completed within sixty (60) months from commencement of the case. The debtor(s) respectfully requests the court enter an order granting the requested modification as set forth above.

Date: 1/7/2011         /s/ Craig V. Winslow
_____
Craig V. Winslow,
Attorney for Applicant