**Entered on Docket**
**May 09, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

MAY 4 2011

SUSAN M SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP Nos. NC-07-1360-MkKJu |
| | NC-07-1368-MkKJu |
| MARLENE A PENROD, | |
| | Bk. No. 07-30252-TC |
| Debtors. | |
| AMERICREDIT FINANCIAL SERVICES, INC., | |
| Appellant, | |
| v. | ORDER AFTER REMAND |
| MARLENE A. PENROD, | |
| Appellee. | |

Before: MARKELL, KLEIN and JURY, Bankruptcy Judges.

The Panel issued an Opinion on July 28, 2008, which affirmed the bankruptcy court's order finding that the security interest of Appellant Americredit Financial Services, Inc. was only partially purchase money and affirmed the order confirming Appellee Marlene A. Penrod's Chapter 13 plan. Appellant Americredit Finanacial Services, Inc. appealed the Panel's Opinion to the Court of Appeals for the Ninth Circuit.

The Court of Appeals issued an Opinion dated July 16, 2010, affirming the Panel's Opinion and remanding to the bankruptcy court for further proceedings. The Court of Appeals issued its

Mandate on March 8, 2011.

Pursuant to the Mandate issued by the Court of Appeals, the matter is remanded to the bankruptcy court for further proceedings consistent with the Court of Appeal's Opinion.