Craig V. Winslow (Bar #73196)
LAW OFFICES OF CRAIG V. WINSLOW
630 North San Mateo Drive
San Mateo, CA 94401
Telephone: (650) 347-5445
Facsimile: (650) 347-4411

Attorney for Debtor

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

In Re:                                      ) CASE NO.: 07-3-0252 SFC
                                            )
MARLENE A. PENROD,                          ) CHAPTER 13
                                            )
           Debtors.           ) **APPLICATION TO MODIFY CHAPTER 13 PLAN**
                                            )
                                            )

The Debtor(s) respectfully requests the Court to modify Debtor(s) Chapter 13 Plan as follows:

__XX__ 1. The monthly Plan payments shall be:

    __XX__  Suspend any and all payment defaults for September 2011 and prior.
    _____  Increased to $.
    _____  Decreased to $_____;
    __XX__  Other: monthly plan payments of $250.00 for October 2011 through February 2012 and a balloon payment of $4,250.00 for March 2012.

_____ 2. The secured claims shall be modified as follows:

_____ The secured claims of the following creditors shall be added as follows:

| CREDITOR'S NAME | COLLATERAL VALUE | PMT/MONTH (if fixed) | INT RATE (if applicable) |
|---|---|---|---|
|  |  |  |  |

_____ The treatment of certain secured creditor(s) shall be modified as follows:

| CREDITOR'S NAME | COLLATERAL VALUE | PMT/MONTH (if fixed) | INT RATE (if applicable) | STATUS |
|---|---|---|---|---|
|  |  |  |  |  |

__XX__ 3. Change the percentage paid to **UNSECURED** creditor(s) to 0% on the confirmed Base Plan.

Case: 07-30252    Doc# 93    Filed: 10/03/11    Entered: 10/03/11 10:52:01    Page 1 of 2

4. Base Plan Changes:

    __ Plan Base amount increased/decreased $_____

    __ Plan term decreased to ___ months.

__ 5. Other modifications:

XX 6. Reason(s) for the requested modification(s):

    Debtor has retired and her income has decreased. By virtue of the income reduction, debtor was unable to make payments in the amounts specified in the confirmed Chapter 13 Plan.

XX 7. The Chapter 13 Plan, as modified, would be completed within sixty (60) months from commencement of the case. The debtor(s) respectfully requests the court enter an order granting the requested modification as set forth above.

Date: 10/1/2011      /s/ Craig V. Winslow
                          Craig V. Winslow,
                          Attorney for Applicant

APPLICATION TO MODIFY CHAPTER 13 PLAN     2     BKTY2\PENROD MODIFICATION APPLICATION OCT 2011