Kenneth N. Klee (State Bar No. 63372)
Daniel J. Bussel (State Bar No. 121939)
Robert J. Pfister (State Bar No. 241370)
Whitman L. Holt (State Bar No. 238198)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:    310-407-4000
Facsimile:    310-407-9090
Email:        kklee@ktbslaw.com; dbussel@ktbslaw.com
              rpfister@ktbslaw.com; wholt@ktbslaw.com

Craig V. Winslow (State Bar No. 73196)
LAW OFFICES OF CRAIG V. WINSLOW
630 North San Mateo Drive
San Mateo, California 94401
Telephone:    650-347-5445
Facsimile:    650-347-4411
Email:        cvwinslow@aol.com

*Attorneys for Marlene A. Penrod*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>MARLENE A. PENROD,<br><br>Debtor. | Case No. 07-30252-TEC<br><br>Chapter 13<br><br>**MOTION TO REQUIRE AMERICREDIT FINANCIAL SERVICES, INC. TO PAY ATTORNEYS' FEES AND COSTS**<br><br>[Notice of Hearing; Memorandum of Points and Authorities; Declaration of Kenneth N. Klee; Declaration of G. Eric Brunstad, Jr.; and Declaration of Craig V. Winslow filed concurrently herewith]<br><br>**Hearing**<br><br>Date:    December 22, 2011<br>Time:    9:30 a.m.<br>Place:   United States Courthouse<br>         235 Pine Street, 19th Floor<br>         San Francisco, CA 94104 |

**TO THE HONORABLE THOMAS E. CARLSON, UNITED STATES BANKRUPTCY JUDGE; THE CHAPTER 13 TRUSTEE; THE OFFICE OF THE UNITED STATES TRUSTEE; AMERICREDIT FINANCIAL SERVICES, INC.; AND ALL OTHER PARTIES IN INTEREST:**

Marlene A. Penrod, the debtor in the above-captioned chapter 13 case (the "Debtor"), hereby moves for an order requiring AmeriCredit Financial Services, Inc. ("AmeriCredit") to pay certain attorneys' fees and costs that were incurred in connection with the successful defense of the Debtor against efforts by AmeriCredit before this Court and before multiple appellate courts to collect on a prepetition contract between the Debtor and AmeriCredit. More specifically, the Debtor requests that the Court enter an order:

- Holding that the Debtor is the "party prevailing on the contract" for purposes of California Civil Code section 1717;

- Ordering AmeriCredit to pay fees and costs incurred representing the Debtor directly to the respective law firms in the following amounts (collectively, the "Requested Amounts"):

| Firm | Fees | Costs | Fees & Costs |
|---|---|---|---|
| Klee, Tuchin, Bogdanoff & Stern LLP | $130,049.00 | $3,116.97 | $133,165.97 |
| Dechert LLP | $92,998.00 | $2,405.82 | $95,403.82 |
| Law Offices of Craig V. Winslow | $15,812.50 | $437.95 | $16,250.45 |
| **Total** | $238,859.50 | $5,960.74 | **$244,820.24** |

- Ordering AmeriCredit to pay the additional fees and costs incurred in the prosecution of this motion and in related collection efforts beyond the Requested Amounts, including in any subsequent appeals by AmeriCredit.

In support of this request, the Debtor relies upon the concurrently filed *Memorandum of Points and Authorities*, *Declaration of Kenneth N. Klee*, *Declaration of G. Eric Brunstad, Jr.*, and *Declaration of Craig V. Winslow*, as well as such additional evidence as may properly be placed before the Court, and the record in this case and related appeals.

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order: (a) holding that the Debtor is the "party prevailing on the contract" for purposes of California Civil Code section 1717; (b) requiring AmeriCredit to pay the Requested Amounts; (c) requiring AmeriCredit to pay all additional amounts incurred in the prosecution of this Motion and in related collection efforts; and (d) granting such other and further relief as may be appropriate or warranted.

DATED: October 17, 2011　　　　　　　Respectfully submitted,

/s/ *Robert J. Pfister*
KLEE, TUCHIN, BOGDANOFF & STERN LLP
Kenneth N. Klee (State Bar No. 63372)
Daniel J. Bussel (State Bar No. 121939)
Robert J. Pfister (State Bar No. 241370)
Whitman L. Holt (State Bar No. 238198)

-and-

LAW OFFICES OF CRAIG V. WINSLOW
Craig V. Winslow (State Bar No. 73196)

*Attorneys for Marlene A. Penrod*